**OMNI HOME FINANCING, INC., A California Corporation; Keith W. Murphy, An Individual; Anthony A. Gaglione, An Individual; David A. Bancroft, An Individual; Omni Home Financing, Inc. 412(I) Defined Benefit Plan, an Employee Benefits Plan Under Erisa, Plaintiffs–Appellants,**

v.

**HARTFORD LIFE AND ANNUITY INSURANCE COMPANY, a Delaware Corporation; Paul Bannock, an Individual, Defendants–Appellees.**

**No. 08–56431.**

United States Court of Appeals, Ninth Circuit.

Feb. 23, 2010.

Marc Schechter, Esquire, Susan Meter, Esquire, Butterfield Schechter LLP, San Diego, CA, for Plaintiffs–Appellants.

Dan Marmalefsky, David Frank McDowell, Jr., Esquire, Morrison & Foerster

LLP, Los Angeles, CA, for Defendants–Appellees.

D.C. No. 3:06–cv–00921–IEG–JMA, Southern District of California, San Diego.

Before: THOMAS and SILVERMAN, Circuit Judges, and BEISTLINE,* Chief District Judge.

### ORDER

Pursuant to stipulation by the parties, and for good cause shown, this case is dismissed with prejudice. Each party shall bear their respective costs and attorneys' fees. A certified copy of this order sent to the district court shall constitute the mandate.